## McCREERY v. CURRY.

COBB, J. There was no error in rejecting evidence; but, under the evidence disclosed by the record, there was error in granting a nonsuit in the present case.          *Judgment reversed. All the Justices concurring.*

Argued June 17, — Decided July 28, 1897.

Complaint for land.    Before Judge Felton.    Bibb superior court.    November term, 1896.

*Preston & Ayer*, for plaintiff.
*Estes & Jones*, for defendant.